IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| MABON CORNWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS,<br><br>        Defendants. | Case No. 1:10-cv-00066-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff taking nothing from the Defendants and this case is dismissed in its entirety.

DATED: **November 1, 2010**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- 1